# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

---

**DAVID STEIN**
dstein@samuelandstein.com

June 17, 2020

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> The Initial Pretrial Conference in this matter is hereby adjourned to December 4, 2020 at 11:30 A.M.
>
> *[signed]* Alison J. Nathan   6/24/2020

Re:   **Gomez v. Shine Services LLC, et al.**
       *Case Number 20-cv-4190 (AJN)*

Dear Judge Nathan:

We represent plaintiff Luis Gomez in the above-referenced matter and write, pursuant to Paragraph 1(D) of Your Honor's Individual Practices in Civil Cases, to request for the first time an adjournment of the initial pretrial conference, which currently is scheduled for Friday, November 13, 2020, at 3:30 p.m. The reason for our request is that I and my firm are Sabbath-observant, and, therefore, we are not available for a conference so late in the day on a Friday. We respectfully request that the conference be conducted on November 13, but not later than 12:00 p.m. Because this case was just filed last week, we do not as yet have an adversary from whom to obtain consent for this adjournment request.

We thank the Court for its attention to this matter and are available at Your Honor's convenience in the event that the Court has any questions.

Respectfully submitted,

*[signed]*
David Stein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2020