# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**　　　　　　　　December 14, 2020　　　　　　　ADMITTED IN
dstein@samuelandstein.com　　　　　　　　　　　　　　　　　　NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020
```

　　　　Re:　**Gomez v. Shine Services LLC, et al.**
　　　　　　　*Case Number 20-cv-4190 (AJN)*

Dear Judge Nathan:

　　We represent plaintiff Luis Gomez in the above-referenced matter and submit this letter with the consent of Mark Beckman, Esq., counsel for the defendants, to request an extension of time to file papers in this FLSA case for review and approval of the parties' settlement pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2nd Cir. 2015). The papers are currently due today, December 14, 2020, but the parties are still working on finalizing the Agreement and obtaining signatures.

　　Ordinarily we would request two weeks, but because of the upcoming holidays we are concerned that it may be difficult to obtain signatures from the parties; we therefore respectfully request an additional 30 days, until January 13, 2021, to submit our papers. This is our first request for an extension.

　　We thank the Court for its attention to this matter and are available at Your Honor's convenience in the event that the Court has any questions regarding the foregoing.

　　　　　　　　　　　　　　　　　　Respectfully submitted,　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　David Stein
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　12/15/2020

Cc:　Mark Beckman, Esq. (via ECF)
　　　Heather Griffin, Esq. (via ECF)