MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL:  (212) 453-0724

HEATHER E. GRIFFIN
HGRIFFIN@GRSM.COM
DIRECT DIAL:  (212) 453-0715



**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

January 12, 2020

**VIA ECF**
Magistrate Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Luis Gomez v. Shine Services LLC, et al.*
      Case No.: 1:20-cv-04190-AJN

Dear Magistrate Moses:

We represent defendants Shine Services LLC, FirstService Residential New York, Inc., 604 West 178th Corp., and Ramesh Sarva ("Defendants") in the above-referenced matter, and submit this letter, with the consent of plaintiff's counsel, to request an extension of time to file papers in this FLSA case for review and approval of the parties' settlement pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2nd Cir. 2015). The papers are currently due tomorrow, January 13, 2021; however, the undersigned recently experienced a death in the family and, as a result, the parties are still working on finalizing the Agreement.

Accordingly, the parties respectfully request the Court extend the deadline to submit the papers through and including 15 days from the Court's order granting the request. As noted above, plaintiff consents to the request, and this represents the parties' second request to extend the time to submit the papers. There are no current deadlines impacted by this request.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Mark A. Beckman
Heather E. Griffin

---

Application GRANTED. The parties shall submit their settlement papers pursuant to *Cheeks* no later than **January 28, 2021**. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 13, 2021