# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.sa[...]

|  |  |  |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | January 28, 2021 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    <u>Gomez v. Shine Services LLC, et al.</u>
              *Case Number 20-cv-4190 (BCM)*

Dear Magistrate Judge Moses:

      We represent plaintiff Luis Gomez in the above-referenced matter and submit this letter with the consent of Mark A. Beckman, counsel for the defendants, to request an extension of time to file papers in this FLSA case for review and approval of the parties' settlement pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2nd Cir. 2015). The papers are due today, January 28, 2021, but the parties are still working on finalizing the Agreement. We are optimistic that we can finish the Agreement and obtain the parties' signatures thereon by February 11, 2021. This is plaintiff's second request for an extension (and defendants also obtained one extension for personal reasons).

      We thank the Court for its attention to this matter and are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

                                                               Respectfully submitted,

                                                              David Stein

Cc:    Mark A. Beckman (via ECF)
         Heather Griffin (via ECF)

---

**MEMO ENDORSED**

Application GRANTED. The parties shall submit their settlement papers pursuant to *Cheeks* no later than **February 11, 2021**. No further extensions will be granted absent compelling circumstances. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 29, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/21