UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS GOMEZ,

    Plaintiff,

-against-

SHINE SERVICES LLC, et al.

    Defendants.



20-CV-4190 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    By letter dated May 4, 2021 (Dkt. No. 38), the parties submitted a revised settlement agreement adequately addressing the issues raised in the Court's Order dated April 13, 2021 (Dkt. No. 37). Having carefully reviewed the terms of the revised agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the settlement agreement, as revised, is APPROVED. It is hereby ORDERED that this action is DISMISSED with prejudice and without costs. The Court will retain jurisdiction for the sole purpose of enforcing the terms of the agreement. The Clerk of Court is respectfully directed to close the case.

Dated:  New York, New York
       May 6, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**